JUNE 18, 2001

No. 99–1872. UNITED STATES v. AHUMADA-AGUILAR. C. A. 9th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Tuan Anh Nguyen* v. *INS, ante,* p. 53.

No. 00–525. ACKER v. UNITED STATES. C. A. 7th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Kyllo* v. *United States, ante,* p. 27.

No. 00–963. ASHCROFT, ATTORNEY GENERAL v. LAKE. C. A. 2d Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Tuan Anh Nguyen* v. *INS, ante,* p. 53.

No. 00–1194. CAMPBELL ET AL. v. ST. TAMMANY'S SCHOOL BOARD ET AL. C. A. 5th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Good News Club* v. *Milford Central School, ante,* p. 98.

No. 00–1428. RAPANOS v. UNITED STATES. C. A. 6th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Solid Waste Agency of Northern Cook Cty.* v. *Army Corps of Engineers,* 531 U. S. 159 (2001).

No. D–2235. IN RE DISBARMENT OF HOLLINGSWORTH. Disbarment entered. [For earlier order herein, see 531 U. S. 1138.]

No. D–2239. IN RE DISBARMENT OF ELKINS. Disbarment entered. [For earlier order herein, see 531 U. S. 1138.]

No. D–2240. IN RE DISBARMENT OF FREDERICK. Disbarment entered. [For earlier order herein, see 531 U. S. 1138.]